IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAREN JOSEPHSON )
)
v. ) No. 3-13-0691
)
MONTGOMERY COUNTY; )
MONTGOMERY COUNTY ANIMAL )
CONTROL SERVICES; CAROLYN )
BOWERS; and PHIL HARPEL[1] )

O R D E R

Counsel for the parties called the Court on July 31, 2014, to advise that they are in the process of scheduling private mediation with Alan Blair on September 30, 2014, or October 1, 2014. As a result, they requested that certain deadlines be extended so that they would not have to incur the costs of further discovery and the plaintiff's expert disclosures if they are able to reach a resolution of this case. Therefore, the following deadlines are extended:

1. The August 15, 2014, deadline for the plaintiff to serve expert disclosures related to the audit results is extended to October 20, 2014.

2. The August 29, 2014, deadline for completion of fact discovery is extended to November 3, 2014.

3. The August 29, 2014, deadline for filing any discovery motions is extended to November 3, 2014.

4. The October 15, 2014, deadline for filing any dispositive motion is extended to November 24, 2014. Any response shall be filed within 21 days of the filing of the motion or by December 15, 2014, if the motion is filed on November 24, 2014. Any reply, if necessary, shall be filed within 16 days of the filing of the response or by December 31, 2014, if the response is filed on December 15, 2014.

---

[1] The plaintiff's claims against defendant Montgomery County Animal Control Services were dismissed by order entered September 10, 2013 (Docket Entry No. 15.)

No other filings in support of or in opposition to any dispositive motion shall be made after December 31, 2014, except with the express permission of the Honorable Todd J. Campbell.

As provided in the order entered July 7, 2014 (Docket Entry No. 23), and as defendants' counsel confirmed on July 31, 2014, the defendants will not use any experts even if the plaintiff discloses an expert, and the defendant will not seek to depose the plaintiff's anticipated expert.

5. By October 3, 2014, counsel for the parties shall either schedule a conference call with the Court or file a joint mediation report confirming that the parties participated in mediation and whether they were able to reach a resolution of this case and, if so, when they will file an agreed order or stipulation of dismissal, or, if not, whether the potential for settlement remains.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge